UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN VALDEZ,<br><br>        Plaintiff,<br><br>     v.<br><br>STATE OF CALIFORNIA COURTS,<br><br>        Defendant. | No. 2:19-cv-0174 MCE DB PS<br><br><br>ORDER |

Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On October 18, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. ECF No. 11. The fourteen-day period has expired, and plaintiff has filed objections to the findings and recommendations. ECF Nos. 12, 13.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 18, 2019 (ECF No. 11) are ADOPTED in full;

2. Plaintiff's January 28, 2019 application to proceed in forma pauperis (ECF No. 2) is DENIED;

3. Plaintiff's May 20, 2019 amended complaint (ECF No. 9) is DISMISSED without leave to amend; and

4. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

DATED: February 5, 2020

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE